## OLIVER W. MILLER *versus* EDWARD RYAN

JOURNAL ENTRIES (1822–23): *Journal 3:* (1) Motion for rule on county court to return writ *p. 273; (2) motion for rule overruled *p. 286; (3) motion to dismiss granted *p. 433.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return.

*1822–23 Calendar*, MS p. 13.